IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALAN DAVID McCORMACK,

              JUDGMENT IN A CIVIL CASE

 Plaintiff,

                12-cv-535-bbc

v.

GARY HAMBLIN, WISCONSIN DEPARTMENT OF CORRECTIONS, KATHRYN ANDERSON, HELEN E. KENNEBECK, DANIEL A. WESTFIELD, DIVISION OF ADULT INSTITUTIONS, COREY BENDER, JODINE DEPPISCH, KAREN GOURLIE, THOMAS J. GOZINSKE, ANGELA HANSEN, CATHY A. JESS, FLOYD MITCHELL, MOLLY S. OLSON, JAMES PARISI, WELCOME F. ROSE, RENEE SCHUELER, BUREAU OF HEALTH SERVICES, DAVID BURNETT, JAMES LABELLE, BUREAU OF OFFENDER CLASSIFICATION AND MOVEMENT, MARK K. HEISE, ACCESS SECUREPAK, DOUGLAS ALBRECHT, JACK L. MARCUS, INC., DEBRA WALTON, UNION SUPPLY DIRECT, TOM THOMAS, WALKENHORST'S, WISCONSIN DEPARTMENT OF JUSTICE, J.B. VAN HOLLEN and DODGE COUNTY CIRCUIT COURT,

 Defendants.

  This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) dismissing Douglas Albrecht, David Burnett, Thomas J. Gozinske, James LaBelle, Jack L. Marcus, Inc., Tom Thomas, Union Supply Direct, Walkenhorst's, Debra Walton, Daniel A. Westfield and Access Securepak;

(2) dismissing Wisconsin Department of Corrections, Division of Adult Institutions, Bureau of Offender Classification and Movement, Bureau of Health Services, Kathryn Anderson, Wisconsin Department of Justice, J.B. Van Hollen, Dodge County Circuit Court and Helen Kennebeck; and

(3) granting defendants Gary H. Hamblin, Corey Bender, Jodine Deppisch, Karen Gourlie, Angela Hansen, Cathy A. Jess, Floyd Mitchell, Molly S. Olson, James Parisi, Welcome F. Rose, Renee Schueler and Mark K. Heise's motion for summary judgment and dismissing this case.

| /s/ | 3/13/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |