IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ALAN DAVID McCORMACK,

                                                           ORDER

               Plaintiff,

                                         12-cv-535-bbc

     v.

GARY H. HAMBLIN, Secretary, his Wardens,
Superintendents, Agents, Designees, and any Successors,
COREY BENDER, JODINE DEPPISCH,
KAREN GOURLIE, ANGELA HANSEN,
CATHY A. JESS, FLOYD MITCHELL,
MOLLY S. OLSON, JAMES PARISI,
WELCOME F. ROSE, RENEE SCHUELER
and MARK K. HEISE,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       In this civil action, pro se plaintiff Alan David McCormack brought claims that various prison officials retaliated against him for filing a lawsuit about perceived overcrowding in Wisconsin prisons by refusing to transfer him to minimum security custody. In a March 13, 2014 order, I denied plaintiff's partial motion for summary judgment, granted defendants' motion for summary judgment and directed the clerk of court to enter judgment for defendants and close the case.  Plaintiff responded by filing a motion to alter or amend the judgment under Federal Rule of Civil Procedure 59(e), dkt. #116, and a motion for relief from judgment under Fed. R. Civ. P. 60, dkt. #118.  I denied both of those

1

motions in a May 22, 2014 order.  Now plaintiff has filed another Rule 60 motion, dkt. #120.

There is little reason to provide a detailed point-by-point response to what is now plaintiff's third post-judgment motion.  Nothing in his new motion persuades me that it was error to grant defendants' motion for summary judgment.  Accordingly, IT IS ORDERED that plaintiff's second motion for relief from judgment under Fed. R. Civ. P. 60, dkt. #120, is DENIED.

Entered this 19th day of June, 2014.

BY THE COURT:

/s/
BARBARA B. CRABB
District Judge

2